UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
F.N., individually and on behalf of I.N., a child
with a disability,

                          Plaintiff,

-against-                                    21 **CIVIL** 3379 (JPO)

**JUDGMENT**
For Attorney's Fees and Costs

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                          Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated September 2, 2022, and the Court's Opinion and Order dated August 18, 2022, Plaintiff's motion is GRANTED in part and DENIED in part. Plaintiff is awarded a total of $19,927 in attorney's fees and costs.

**Dated:** New York, New York

      September 2, 2022

                                                       **RUBY J. KRAJICK**

                                                    _____
                                                    **Clerk of Court**

                         **BY:**                 K. Mango

                                                   _____
                                                    **Deputy Clerk**