UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

F.N.,

                Plaintiff,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                Defendant.

21-CV-3379 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Following the issuance of the Second Circuit's mandate (ECF No. 39), the Court hereby enters final judgment in this matter as set forth in the judgment dated September 2, 2022 (ECF No. 35).

    SO ORDERED.

Dated: August 8, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge